UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Z-MEDICA CORPORATION,<br><br>    Plaintiffs,<br>V.<br><br>AMTRANS HEALTH, LLC, SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD, SHANEEL K. JAIN, and JAMES J. ROBERTS,<br><br>    Defendants. | CIVIL NO.<br><br>3:08cv0676(SRU)<br><br><br><br><br><br>October 22, 2010 |

**PLAINTIFF Z-MEDICA CORPORATION'S REQUEST FOR ENTRY OF JUDGMENT IN A SEPARATE DOCUMENT PURSUANT TO FED. R. CIV. P. 58(d)**

Pursuant to Fed. R. Civ. P. 58(d), the Plaintiff Z-Medica Corporation ("Z-Medica") respectfully requests that the Court enter judgment against the defendant AmTrans Health, LLC ("AmTrans") in a separate document pursuant to Fed. R. Civ. P. 58(a).

On September 30, 2010, during a hearing on pending motions, the Court entered default judgment against AmTrans on counts four, five, eight and ten of Z-Medica's complaint. The Court subsequently issued courtroom minutes setting out its rulings on a number of pending motions, including Z-Medica's motion for entry of default judgment against AmTrans. *See* Doc. No. 112 (Sept. 30, 2010).

Rule 58(d) of the Federal Rules of Civil Procedure provides that "[a] party may request that judgment be set out in a separate document as required by Rule 58(a). Rule 58(a), in turn, provides "[e]very judgment and amended judgment must be set out in a separate document . . ." As the Court's minutes included rulings on many pending motions, Z-Medica respectfully

requests that the Court issue a ruling setting out separately its entry of default judgment as against AmTrans on counts four, five, eight and ten. *See* Proposed Order, attached hereto as Exhibit A.

PLAINTIFF/COUNTERCLAIM
DEFENDANT
Z-MEDICA CORPORATION

Dated: October 22, 2010

By_____/s/_____
Craig A. Raabe (CT04116)
Nuala E. Droney (CT27192)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: craabe@rc.com; ndroney@rc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 22, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. In addition, the foregoing was sent by Federal Express to the following:

Mr. James Roberts
AmTrans Health LLC
151 Duck Cove Road
Wickford RI 02852
*jr@robertsreview.com (also sent by e-mail)*

AmTrans Health LLC
151 Duck Cove Road
Wickford RI 02852
*jr@robertsreview.com (also sent by e-mail)*

Shaneel K. Jain
E-2/4, 2nd Floor
Malviya Nagar
New Delhi, India 110017

Shaneel K. Jain
257A (1st Floor)
Hauz Rani Market
Malviya Nagar
New Delhi, India 110017

Sagar Fossil Fuel Technologies PVT LTD
E-2/4, 2nd Floor
Malviya Nagar
New Delhi, India 110017

Sagar Fossil Fuel Technologies PVT LTD
257A (1st Floor)
Hauz Rani Market
Malviya Nagar
New Delhi, India 110017

                                                ___/s/_____
                                                Nuala E. Droney