UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Z-MEDICA CORP.,      Plaintiff, | : <br> : <br> : |
| v. | :    Case No. 3:08cv676 (SRU) |
| AMTRANS HEALTH, LLC, et al.,      Defendants. | : <br> : <br> : |

## RULING ON MOTION FOR ATTORNEYS' FEES

On May 2, 2008, Z-Medica Corporation sued AmTrans Health, LLC ("AmTrans"), Sagar Fossil Fuel Technologies, Pvt. Ltd. ("Sagar"), Shaneel K. Jain ("Jain"), and James J. Roberts ("Roberts") for actions arising from the parties' business relationship selling Z-Medica's product, QuikClot, in India.

Default judgment was granted against AmTrans on September 29, 2010, for breach of contract, violation of Connecticut Unfair Trade Practices Act ("CUTPA"), fraud, and misrepresentation. Default judgment was granted against Jain and Sagar on November 29, 2010, for breach of contract, CUTPA, tortious interference with prospective business expectations, fraud, misrepresentation, and trademark infringement in violation of 15 U.S.C. §§ 1114(1)(a) & (b). The plaintiff was awarded double damages against defendants AmTrans, Sagar, and Jain, jointly and severally, in the amount of $210,000. The plaintiff was also awarded an injunction against Jain and Sagar prohibiting continuing trademark violation.

Under CUTPA, "the court may award, to the plaintiff, in addition to the relief provided in this section, costs and reasonable attorneys' fees based on the work reasonably performed by an attorney and not on the amount of recovery." Conn. Gen. Stat. § 42-110g(d). Z-Medica's counsel represents that they have spent 388.3 hours on the case. Z-Medica's attorney Nuala

Droney billed from $240-260 an hour in this case. Z-Medica's attorney Craig Raabe billed from $470-525 an hour in this case. Their total legal fees amounted to $108,467.00. Z-Medica's counsel also incurred $4,566.67 in costs, for a total of $113,033.67.

I find the rates billed by Z-Medica's attorneys to be reasonable. The total amount requested is a reasonable award given the nature of the issues presented, the experience and ability of counsel, the skill required to perform the required legal services, and the customary fees for this type of work. Therefore, Z-Medica's motions for attorneys' fees, docs. 115, 124, and 125, are **granted**.

AmTrans, Sagar, and Jain are ordered, jointly and severally, to pay Z-Medica's attorneys' fees in the amount of $108,467.00, and costs in the amount of $4,566.67, for a total of $113,033.67.

It is so ordered.

Dated at Bridgeport, Connecticut, this 28th day of March 2011.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge